IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) ) CIVIL ACTION NO. 23-00455-JB-N |
| v. | ) ) |
| **STEPHANY S. MCCASKILL,** | ) ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the Court's order granting the Plaintiff's Motion for Default Judgment (Doc. 14) it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff Liberty Mutual Personal Insurance Company have and recover of the Defendant Stephany S. McCaskill, the sum of $93,065.00.

**DONE and ORDERED** this 16th day of May, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE